James H. Wilkins #116364
WILKINS DROLSHAGEN & CZESHINSKI LLP
6785 North Willow Avenue
Fresno, California 93710
Tel: (559) 438-2390
Fax: (559) 438-2393
j.wilkins@wdcllp.com

Attorneys for Plaintiff, MILL CREEK
MANAGEMENT AND REAL ESTATE SALES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILL CREEK MANAGEMENT AND REAL ESTATE SALES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:24-CV-00984-KES-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES** |

WHEREAS on July 16, 2024, Plaintiff MILL CREEK MANAGEMENT AND REAL ESTATE SALES, INC. ("Plaintiff") filed its Complaint for Breach of Contract and Breach of the Implied Covenant of Good Faith and Fair Dealing in state court, Fresno County Superior Court Case No. 24CECG03005 against UNITED STATES LIABILITY INSURANCE COMPANY ("Defendant").

WHEREAS Defendant filed its removal of said action on August 19, 2024.

WHEREAS Plaintiff seeks to file its First Amended Complaint for Damages, which adds causes of action for Fraud, Negligent Misrepresentation and Reformation.

///

WHEREAS a copy of Plaintiff's proposed First Amended Complaint for Damages is attached hereto as Exhibit A.

WHEREAS the parties understand and agree that the applicable rules provide that leave to amend is to be freely given at such early time of this proceeding.

WHEREAS the parties agree that granting Plaintiff leave to file its First Amended Complaint will not cause any prejudice to the parties.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file its First Amended Complaint, a copy of which is attached hereto as Exhibit A.

2. Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed.

Dated:  August ___, 2024                             WILKINS DROLSHAGEN & CZESHINSKI LLP

By:   /s/ James H. Wilkins
James H. Wilkins
Attorneys for Plaintiff, MILL CREEK MANAGEMENT AND REAL ESTATE SALES, INC.

Dated:  August ___, 2024                             SACRO & WALKER LLP

By:  /s/ Jennifer Yu Sacro; Richard D. Bremer
Jennifer Yu Sacro
Richard D. Bremer
Attorneys for Defendant, UNITED STATES LIABILITY INSURANCE COMPANY

**ORDER**

Pursuant to the parties' Stipulation and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff is granted leave to file its First Amended Complaint on or before **September 23, 2024**; and

2. Defendants shall file a responsive pleading within 30 days of service of the First Amended Complaint, or if Plaintiff does not file a First Amended Complaint by September 23, 2024, Defendant shall file a responsive pleading on or before **October 14, 2024**.

IT IS SO ORDERED.

Dated:   **September 7, 2024**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE