UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILL CREEK MANAGEMENT AND REAL ESTATE SALES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES LIABILITY INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  1:24-cv-00984-KES-FRS (EPG)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. 35) |

On March 11, 2026, the parties filed a joint stipulation and proposed order to continue the scheduling conference currently set for March 19, 2026 at 9:00 A.M. in Courtroom 8.  (Doc. 35.) The parties believe that they cannot stipulate to a scheduling order or any discovery deadlines until Defendant's pending motion for summary judgment (Doc. 17) has been decided.

Due to the status of the case, and good cause having been shown, the scheduling conference is continued ninety (90) days to **June 17, 2026 at 9:00 AM** in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.  The parties shall file a Joint Scheduling Report seven (7) days prior to the conference.  The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference.

IT IS SO ORDERED.

Dated:   **March 12, 2026**                     /s/ _Erica P. Grosjean_
                                                      UNITED STATES MAGISTRATE JUDGE

1