UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MILL CREEK MANAGEMENT AND REAL ESTATE SALES, INC.,

Plaintiff,

v.

UNITED STATES LIABILITY INSURANCE COMPANY,

Defendant.

CASE NO. 1:24-cv-00984-KES-FJS

ORDER GRANTING STIPULATION CONTINUING SCHEDULING CONFERENCE

(ECF No. 39)

Having considered the parties' stipulation to continue the scheduling conference (ECF No. 39), and good cause appearing, the court ORDERS:

1. The stipulation to continue the scheduling conference (ECF No. 39) is GRANTED;

2. The scheduling conference currently set for October 6, 2026, is CONTINUED to January 6, 2027, at 10:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

3. The parties shall file their joint scheduling report seven (7) days before the rescheduled conference; and

4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 25, 2026**

UNITED STATES MAGISTRATE JUDGE